```
 1  STROOCK & STROOCK & LAVAN LLP
    JULIA B. STRICKLAND (State Bar No. 83013)
 2  LISA M. SIMONETTI (State Bar No. 165996)
    BRIAN C. FRONTINO (State Bar No. 222032)
 3  LEAH R. MOSNER (State Bar No. 266645)
    2029 Century Park East
 4  Los Angeles, CA 90067-3086
    Telephone: 310-556-5800
 5  Facsimile: 310-556-5959
    Email: lacalendar@Stroock.com
 6
    Attorneys for Defendant
 7    BANK OF THE WEST
```

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| LORETTA A. BILLEN, on behalf of herself and of all other others similarly situated, | Case No. 3:10-cv-3956-BZ |
| Plaintiff(s), | [~~PROPOSED~~] **ORDER ON STIPULATION TO STAY PROCEEDINGS PENDING DECISION ON TRANSFER TO MDL 2036 OR, IN THE ALTERNATIVE, TO EXTEND THE TIME FOR DEFENDANT BANK OF THE WEST TO RESPOND TO THE COMPLAINT** |
| vs. | |
| BANK OF THE WEST, | |
| Defendant. | |

[PROPOSED] ORDER ON STIPULATION TO STAY PROCEEDINGS PENDING DECISION ON TRANSFER TO MDL 2036 OR, IN THE ALTERNATIVE, TO EXTEND THE TIME FOR DEFENDANT BANK OF THE WEST TO RESPOND TO THE COMPLAINT
Case No. 3:10-cv-3956-BZ

LA 51312317

1   Having considered the parties' Stipulation to Stay Proceedings Pending a Decision by the
2   Judicial Panel on Multidistrict Litigation on Transfer of the instant action to MDL 2036 for
3   coordinated pre-trial proceedings, the Court hereby orders that the instant action is stayed. Counsel
4   are directed to file a report as to the issue of transfer within five (5) days of receiving notice of a
5   decision.

7   Alternatively:

8   Having considered the parties' Stipulation to Stay Proceedings Pending a Decision by the
9   Judicial Panel on Multidistrict Litigation on Transfer of the instant action to MDL 2036 for
10  coordinated pre-trial proceedings, the Court denies the parties request for a stay, but grants the
11  parties request to extend the deadline for defendant Bank of the West to respond to plaintiff's
12  complaint to November 1, 2010.

**IT IS SO ORDERED.**

Dated: 28 Sept 2010

The Honorable Bernard Zimmerman
United States Magistrate Judge

- 1 -

28  [PROPOSED] ORDER ON STIPULATION TO STAY PROCEEDINGS PENDING DECISION ON TRANSFER TO MDL 2036 OR, IN THE ALTERNATIVE, TO EXTEND THE TIME FOR DEFENDANT BANK OF THE WEST TO RESPOND TO THE COMPLAINT
Case No. 3:10-cv-3956-BZ

LA 51312317